UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/27/17

---

BEVERLY LAWRENCE, individually, and on behalf of all others similarly situated,

            Plaintiff,

– against –

ALLIEDBARTON SECURITY SERVICES LLC, UNIVERSAL PROTECTION SERVICE, LLC and UNIVERSAL SECURITY SERVICES LLC,

            Defendants.

**ORDER**

17 Civ. 4834 (ER)

---

Ramos, D.J.:

On October 17, 2017, the parties submitted an application for the Court to approve the General Release and Settlement Agreement between Plaintiff and the Defendants, and to dismiss this action with prejudice. Doc. 15. On November 6, 2017, the Court declined to approve the agreement. Doc. 16. The Court found that the total settlement amount represented a fair and reasonable resolution of Plaintiff's claims and approved Plaintiff's counsel's request for attorney's fees and costs. *Id.* However, the Court declined to approve the agreement because of the broad release provision and the indemnification provision. *Id.*

In response to the Court's order, on November 20, 2017, the parties submitted a revised agreement that strikes those problematic aspects. Doc. 18. Accordingly, for the reasons stated in the November 6, 2017 order, the Court approves the revised Agreement.

The instant action is dismissed with prejudice. The Clerk of the Court is respectfully directed to close the case.

It is SO ORDERED.

Dated:   November 22, 2017
         New York, New York

_____
Edgardo Ramos, U.S.D.J.

2